UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-20633-ALTONAGA

UNITED STATES OF AMERICA

vs.

YVES DANIEL BESSON,
a/k/a "Steve,"

        Defendant.
_____/

**FACTUAL PROFFER**

The United States of America and Yves Daniel Besson a/k/a "Steve" (the "defendant" or "BESSON") agree that, were this case to proceed to trial, based on the evidence submitted to BESSON, the United States would prove beyond a reasonable doubt, the following facts, among others, which occurred in the Southern District of Florida and elsewhere:

As charged in the Indictment, from at least in or about February 2016 and continuing through approximately September 2019, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendant did knowingly and willfully combine, conspire, and agree with others, including Joel Exume ("Exume") and Ricardo Fergile ("Fergile"), to import cocaine, a controlled dangerous substance, into the United States, from place outside thereof, in violation of Title 21, United States Code, Sections 952(a) and 963.

Since at least 2016, this drug trafficking organization has imported cocaine into south Florida via commercial flights originating in Haiti. The organization utilized paid couriers traveling with multi-kilogram quantities of cocaine in their luggage to import the cocaine into the United States. In March 2018, the defendant supplied a confidential source with approximately 2.6 kilograms of cocaine to import from Haiti to South Florida. On March 6, 2018, law enforcement seized

approximately 2.6 kilograms of cocaine supplied by the defendant to the courier at Ft. Lauderdale International Airport. The drugs tested positive for cocaine. In this case, the drug trafficking organization is responsible for the transportation of not less than five, but not more than 15 kilograms of cocaine during the timeframe of the charged conspiracy.

This proffer does not contain all information known by the Government but contains sufficient evidence to prove the elements of the crime to which a Defendant is pleading guilty.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 5-26-2021

By: _____
Robert F. Moore
Assistant United States Attorney

Date: 5-3-2021

_____
Scott W. Sakin, Esq.
Attorney for Yves Daniel Besson

Date: 4/20/21

_____
Yves Daniel Besson
Defendant